In the Matter of the Application of HENRY A. BLUMENTHAL, Respondent, for a Peremptory Writ of Mandamus against THE WASHINGTON HEIGHTS HOSPITAL, Appellant. (Appeal No. 2.)

In the Matter of the Application of LEDYARD AVERY, Respondent, for a Peremptory Writ of Mandamus against THE WASHINGTON HEIGHTS HOSPITAL, Appellant. (Appeal No. 4.)

Appeals from orders of the Supreme Court, entered in the New York county clerk's office on the 10th day of October, 1914, granting motions for peremptory writs of mandamus.

PER CURIAM: As direct issues of fact are presented upon the moving and answering and replying affidavits, the direction for the issuance of a peremptory writ of mandamus was error. The orders appealed from are, therefore, reversed, with ten dollars costs and disbursements, the motions

for a peremptory writ denied, and alternative writs granted. Present — Ingraham, P. J., McLaughlin, Laughlin Clarke and Scott, JJ. Orders reversed, with ten dollars costs and disbursements, and motions denied, and alternative writs of mandamus granted.